MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motions

to dismiss appeals granted.   Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.